# United States District Court

**DISTRICT OF** NORTHERN MARIANA ISLANDS

GUIHUA BAI,

v.

GINTIAN CORPORATION, dba "LIGHT MASSAGE", ZHONG LI, and "MR. ZHU"

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-0016

FILED
Clerk
District Court

APR 17 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

TO: (Name and address of defendant)

ZHONG LI
PMB 90, P.O. BOX 10003
SAIPAN, MP 96950

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN J. NUTTING
6th Floor, Marianas Business Plaza
(Formerly Nauru Bldg), Susupe
P.O. BOX 5093
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
**CLERK**

_(signature)_
**(BY) DEPUTY CLERK**

APR 12 2007
**DATE**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  4-14-2007 |
| NAME OF SERVER (PRINT)  QIAN M. LIEBERMAN | TITLE |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: _Light Massage, Garapan_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4-14-2007__
Date

Signature of Server

Address of Server: _Shoko Rd. San Vicente_
P.O. Box 7595, Saipan
MP 96950

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.