# United States District Court

DISTRICT OF

NORTHERN MARIANA ISLANDS

GUIHUA BAI

## SUMMONS IN A CIVIL CASE

V.

GINTIAN CORPORATION, dba
"LIGHT MASSAGE", ZHONG LI,
and "MR. ZHU"

CASE NUMBER: 07 - 0016

FILED
Clerk
District Court

APR 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

MR. ZHU
PMB 90, P.O. BOX 10003
SAIPAN, MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN J. NUTTING
6th Floor, Marianas Business Plaza
(Formerly Nauru Bldg), Susupe
P.O. BOX 5093
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___TWENTY (20.)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

APR 1 2 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4-14-2007 |
|---|---|
| NAME OF SERVER (PRINT) Qian M. LIEBERMAN | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _Light Massage, Garapan_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $35.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-14-2007___
         Date

Signature of Server

P.O. Box 7515, Saipan, MP 96950
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.