Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GUIHUA BAI | ) | CIVIL ACTION NO. 07-0016 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | ZHONG LI'S STATEMENT |
| GINTIAN CORPORATION, dba | ) | OF UNDISPUTED FACTS |
| LIGHT MASSAGE, ZHONG LI and | ) | |
| "MR. ZHU" | ) | |
| | ) | |
| Defendant. | ) | Date: June 21, 2007 |
| | ) | |
| _____ | ) | Time: 9:00 a.m. |

1.  Li did not Li call the meeting of the employees alleged in ¶ 43 of the

    verified complaint.

2.  Li did not speak to the employees at the meeting alleged in ¶ 43 of the

    verified complaint.

3.   Bai did not quit her employment based on any statement made by Li.

                    Law Office of G. Anthony Long

            By:_____/s/_____
                    G. Anthony Long