F I L E D
 Clerk
District Court

JUN 1 2 2007

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI,<br><br>Plaintiff,<br><br>vs.<br><br>GINTIAN CORPORATION, et. al,<br><br>Defendants. | Case No. CV-07-0016<br><br>**ORDER REGARDING AMENDED COMPLAINT** |

**THE COURT**, having received a motion to dismiss on May 4, 2007, an amended complaint on May 29, 2007, and a second motion to dismiss on June 11, 2007, **HEREBY ORDERS THAT** unless the court receives a stipulated request for leave of court to file an amended complaint by July 18, 2007, at 3:30 p.m., the court will hear the defendants' motion to dismiss on June 21, 2007, at 9:00 a.m., as currently scheduled. *See* Fed. R. Civ. Pro. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."). Furthermore, until the court grants leave to amend the complaint, the plaintiff's amended complaint filed on May 29, 2007, shall be considered improper and disregarded.

**IT IS SO ORDERED.**

**DATED** this 12th day of June, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge