F I L E D
Clerk
District Court

JUN 1 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | Case No. CV-07-0016 |
| Plaintiff, | |
| vs. | AMENDED ORDER REGARDING AMENDED COMPLAINT |
| GINTIAN CORPORATION, et. al, | |
| Defendants. | |

THE COURT, having received a motion to dismiss on May 4, 2007, an amended complaint on May 29, 2007, and a second motion to dismiss on June 11, 2007, **HEREBY ORDERS THAT** unless the court receives a stipulated request for leave of court to file an amended complaint by June 18, 2007, at 3:30 p.m., the court will hear the defendants' motion to dismiss on June 21, 2007, at 9:00 a.m., as currently scheduled. *See* Fed. R. Civ. Pro. 15(a) ("A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served . . . ."). Furthermore, until the court grants leave to amend the complaint, the plaintiff's amended complaint filed on May 29, 2007, shall be considered improper and disregarded.

**IT IS SO ORDERED.**

**DATED** this 15th day of June, 2007.

*/s/ Alex R. Munson*
ALEX R. MUNSON
U.S. District Court Chief Judge