STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:      (670) 234-6891
Facsimile:       (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **GUIHUA BAI,**<br><br>           Plaintiff,<br><br>           -vs-<br><br>**GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU":**<br><br>           Defendants | CIVIL ACTION NO. 07-0016<br><br>**STIPULATION FOR LEAVE TO FILE**<br><br>**FIRST AMENDED COMPLAINT** |

COMES NOW, the above named parties by and through their undersigned counsel to stipulate to plaintiff's request for leave of court to file an amended complaint as was filed by the plaintiff on May 29, 2007..

SO STIPULATED this 18th day of June, 2007 :

                                      _____/s/_____
                                          STEPHEN J. NUTTING
                                          Attorney for Plaintiff


                                      _____/s/_____
                                          G. ANTHONY LONG
                                          Attorney for Defendants

1