F I L E D
Clerk
District Court

JUN 20 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI,<br><br>Plaintiff,<br><br>vs.<br><br>GINTIAN CORPORATION, et. al,<br><br>Defendants. | Case No. CV-07-0016<br><br>**ORDER GRANTING<br>LEAVE TO AMEND** |

THE COURT, having received the parties Stipulation For Leave to File First Amended Complaint, No. 11 (June 18, 2007), although unaccompanied by a request for leave to amend the complaint, accepts the amended complaint as properly filed on May 29, 2007. Accordingly, the motions currently scheduled to be heard on June 21, 2007, at 9:00 a.m., is moot and shall be taken off calendar.

**IT IS SO ORDERED.**

**DATED** this 20th day of June, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge