Law Office of G. Anthony Long
P. O. Box 504970
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801


Attorney for Defendants



## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS


| | | |
|---|---|---|
| GUIHUA BAI | ) | **CIVIL ACTION NO. 07-0016** |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | REPLY SUPPORTING |
| | ) | MOTION TO DISMISS AND |
| GINTIAN CORPORATION, dba | ) | FOR PARTIAL SUMMARY |
| LIGHT MASSAGE, ZHONG LI and | ) | JUDGMENT |
| "MR. ZHU" | ) | |
| | ) | |
| Defendant. | ) | Date: July 12, 2007 |
| | ) | |
| _____ | ) | Time: 9:00 a.m. |


Although a reading of the amended complaint suggests plaintiff is pursuing

a FLSA minimum wage violation and FLSA retaliation claims. However, plaintiff

represents that she is not pursing any such claims in this litigation. Based on this

representation, defendants request an order reflecting this representation.

Plaintiff claims a six year limitations period exists for her contract claims.

That is an incorrect statement of Commonwealth law. Commonwealth law

specifically provides that:

> [e]xcept as provided in subsection (b) of this section, any action
> commenced on or after October 4, 1996, to enforce a cause of
> action for unpaid wages, unpaid overtime compensation, or
> liquidated damages under the Minimum Wage and Hour Act, 4
> CMC § 9211 et seq., or **any other cause of action under the
> Nonresident Worker Act, 3 CMC § 4411 et seq.**, must be
> commenced within six months after the cause of action accrued,
> and every action shall be forever barred unless commenced
> within six months after the cause of action accrued, except that a
> cause of action arising out of a willful violation may be
> commenced within one year after the cause of action accrued.

4 CMC § 9246(a)(emphasis added). Subsection (b) applies to claims which

accrued prior to October 4, 1996, and is irrelevant to this case. Thus, the

limitations period  on plaintiffs minimum wage claims is limited to six months

unless the complaint is construed as alleging willful violation in which case the

limitations period is one year.


## CONCLUSION

An order should be entered in which plaintiff concedes she is not pursuing a

FLSA minimum wage or retaliation claim. Also, partial summary judgment is

appropriate on the minimum wage claim as it is limited to six month or at most

one year, provided the complaint alleges the violation was willful.


Law Office of G. Anthony Long


By_____/s/_____
        G. Anthony Long