# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-07-0016                                                          July 12, 2007
                                                                   10:00 a.m.


### GUIHUA BAI -vs- GINTIAN CORPORATION, et al

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Stephen Nutting, Attorney for Plaintiff
                Anthony Long, Attorney for Defendants

PROCEEDINGS:    MOTION TO DISMISS & MOTION FOR PARTIAL SUMMARY
JUDGMENT

        Plaintiff was represented in court by Attorney Stephen Nutting.    Defendants'
counsel Attorney Anthony Long was present.

        Attorney Long argued on behalf of Defendants.  Attorney Nutting argued on behalf
of the Plaintiff.

        Court, after hearing all argument, stated that the matter would be taken under
advisement and that a written decision would be forthcoming.

                                Adjourned 10:05 a.m.


                                /s/ K. Lynn Lemieux, Courtroom Deputy