STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:      (670) 234-6891
Facsimile:      (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | |
| -vs- | PLAINTIFF'S PRE-DISCOVERY DISCLOSURE STATEMENT |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

COMES NOW, GUIHUA BAI, plaintiff in the above entitled action, pursuant to the Civil Justice Reform Act to make the following pre-discovery disclosure:

1. Name of individuals likely to have discoverable information:

    a.    Name:    Guihua Bai
           Address:    c/o Law Office of Stephen J. Nutting
                         P.O. Box 5093
                         Saipan, MP 96950
           Telephone No.:    (670) 234-6891

    b.    Name:    Li Zhong
           Address:    c/o Gintian Corporation

|   |   | PMB 90 P.O. Box 1003 |
|---|---|---|
|   |   | Saipan, MP 96950 |
|   | Telephone No.: | Unknown |

    c.    Name:    Mr. Zhu
        Address:    c/o Gintian Corporation
                       PMB 90 P.O. Box 1003
                       Saipan, MP 96950
        Telephone No.:    Unknown

    d.    Name:    Employees of "Light Massage"
        Address:    c/o Gintian Corporation
                       PMB 90 P.O. Box 1003
                       Saipan, MP 96950
        Telephone No.:    Unknown

The above-listed persons should have information regarding the defendants' failure to keep and maintain adequate time and wage records and failure to pay overtime wages under the FLSA; and the compensation scheme to pay employees by commission.

2. Description of documents in the possession of Plaintiff:

    a.    Massage Payment Schedule (In Chinese and English translation)
    b.    Passport of Guihua Bai
    c.    Personal records of cash salary received
    d.    Copy of Guihua Bai's CNMI Entry Permit
    d.    Annual Corporation Report of Gintian Corporation for 2006

Plaintiff hopes to receive additional documents from the defendants or from the Department of Labor which are presently not in her possession, and will provide additional notice of the existence of such documents to defendants upon receipt.

3. Disclosure of expert testimony: At this time, Plaintiff does not anticipate the need for any

expert testimony. If discovery unveils the need for expert testimony, the Plaintiff will make the required disclosures to the Court and the Defendant by supplemental filing pursuant to Fed. R. Civ. Pro. 26(e)(1) as soon as possible following the discovery of the need for such testimony.

Plaintiff through her attorney, Stephen J. Nutting, submits that she has fully complied with the initial disclosures required by the Civil Justice Reform Act plan. If Defendant has any questions regarding the information contained herein, or seeks additional information he believes may have been omitted in this disclosure, the Plaintiff will comply with any request for information in their possession as required by the Civil Justice Reform Act plan.

DATED this 18th day of September, 2007.

_____\\s\_____
STEPHEN J. NUTTING
Attorney for Plaintiff