STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:     (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | |
| -vs- | PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

COMES NOW, GUIHUA BAI, plaintiff in the above entitled action, by and through her undersigned counsel, to provide the following Case Management Conference Statement:

a. All parties have been duly served.

b. This Court has jurisdiction over Plaintiff's FLSA claims under Section 216(b) of the Act (23 U.S.C. § 216(b)) and by the provisions of 28 U.S.C. §1331 (Federal Question Jurisdiction) and 28 U.S.C. §1337(a) (Proceedings arising under any act of Congress regulating commerce) and supplemental jurisdiction over claims for breach of contract raised within the complaint.

c. Plaintiff anticipates filing motions for summary judgment or partial summary judgment

1

pursuant to Rule 56 of the Fed.R.Civ.P..

d.  Plaintiff does not anticipate any special procedures required.

e.  No modifications of standard pretrial procedures are necessary.

f.  Settlement prospects are unknown.

g.  Plaintiff recommends that this case be scheduled on an Expedited Track pursuant to LR16.2CJ(c).

DATED this 18th day of September, 2007.

/ s /
STEPHEN J. NUTTING
Attorney for Plaintiff

2