F I L E D
Clerk
District Court

DEC 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, ) | Civil Action No. 07-0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SANCTIONING |
| ) | PLAINTIFF'S COUNSEL |
| GINTIAN CORPORATION, doing ) | and |
| business as Light Massage; and, "MR. ) | RE-SCHEDULING STATUS |
| ZHU," ) | CONFERENCE |
| ) | |
| Defendants ) | |
| _____ ) | |

The case management scheduling order of September 19, 2007, set a status conference for today, December 10, 2007, at 9:00 a.m. Ms. Kelley Butcher, counsel for defendant, appeared at the appointed time; Stephen J. Nutting, counsel for plaintiff, failed to appear. Accordingly,

AO 72
(Rev. 08/82)

IT IS ORDERED that Stephen J. Nutting is sanctioned the sum of $75.00, representing one-half hour of Ms. Butcher's hourly billing rate. Said sum shall be paid prior to Friday, December 14, 2007, at 3:30 p.m.; and,

IT IS FURTHER ORDERED that the status conference be and hereby is continued to **Friday, January 4, 2008, at 10:00 a.m.**

DATED this 10th day of December, 2007.

/s/ Alex R. Munson
ALEX R. MUNSON
Judge