STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:      (670) 234-6891
Facsimile:       (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | MOTION TO RECONSIDER SANCTIONS ORDER |
| -vs- | |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

COMES NOW Stephen J. Nutting, attorney for the plaintiff in the above entitled action, to move the Court to reconsider its order imposing sanctions on plaintiff's counsel for failure to appear at a status conference which was held on December 10, 2007. Plaintiff's counsel failed to appear as a result of having erroneously calendaring the Case Management conference for December 21, 2007 at 9:00 a.m. pursuant to the attached draft Case Management Scheduling Order. Counsel for the plaintiff does not request a hearing on this motion, and will comply with any final decision relative to the sanctions imposed.

Dated this 10th day of December, 2007.

_____/s/_____
STEPHEN J. NUTTING Bar No. F0164
Attorney for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2