COPY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GUIHUA BAI, | ) | Civil No. 07-0016 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE MANAGEMENT |
| | ) | SCHEDULING ORDER |
| GINTIAN CORPORATION, doing | ) | |
| business as "Light Massage"; | ) | |
| ZHONG LI; and, "Mr. Zhu," | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 08/82)

September 19, 2007.  As a result of the conference,

    IT IS ORDERED THAT:

1. All parties are to be joined on or before March 28, 2008.

2. All motions to amend pleadings shall be filed on or before March 28, 2008.

3. All discovery shall be served by February 29, 2008.  No discovery material shall be filed with the court except as necessary to support a motion.

4. All discovery motions shall be filed so as to be heard on or before March 28, 2008.  Motions shall be filed in accordance with Local Rule 7.1.

5. A status conference will be held on December 21, **2007**, at 9:00 a.m.

6. All dispositive motions shall be filed so as to be heard on or before May 1, 2008.

7. Settlement conferences will be held on January 22, 2008, at 9:00 a.m. **and** April 25, 2008, at 9:00 a.m.

8. The jointly-prepared final pretrial order shall be filed with the court by 3:30 p.m., May 12, 2008.  (Local Rule 16.2CJ.e.9.)

9. A final pretrial conference will be held on May 16, 2008, at 8:30 a.m.

10. Trial shall begin on Tuesday, May 27, 2008, at 9:00 a.m.

This case has been assigned to the **Standard** Track.

DATED this 19th day of September, 2007.

                                                  ALEX R. MUNSON
                                                        Judge