FILED
Clerk
District Court

DEC 1 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, ) | Civil Action No. 07-0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER DENYING |
| ) | PLAINTIFF'S COUNSEL'S |
| GINTIAN CORPORATION, doing ) | MOTION FOR |
| business as Light Massage; and, "MR. ) | RECONSIDERATION |
| ZHU ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

THE COURT has received plaintiff's counsel's motion for reconsideration of the order filed yesterday.

In the interests of conserving the resources of the court and the parties, the court will decide the motion without the necessity of a filing by defendants.

The motion is denied. The court's Local Rules have not provided for motions to reconsider since 2003. Additionally, the court gave to each counsel at the case management conference a copy of a proposed order, with dates already chosen. Certain of the dates were changed at the conference and the court's final order reflected the agreed-upon status conference date of December 10, 2007. It is incumbent upon counsel to consult the order actually issued, and counsel's mere inadvertence or error will not usually be sufficient to justify vacating an order of sanctions.

IT IS SO ORDERED.

DATED this 11th day of December, 2007.

                              */s/ Alex R. Munson*
                              ALEX R. MUNSON
                              Judge