F I L E D
Clerk
District Court

JAN 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, ) | Civil Action No. 07-0016 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SANCTIONING |
| ) | DEFENDANTS' COUNSEL |
| GINTIAN CORPORATION, doing ) | |
| business as Light Massage; and, "MR. ) | |
| ZHU, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

The case management scheduling order of September 19, 2007, set a settlement conference for today, January 22, 2008, at 9:00 a.m. Stephen J. Nutting, counsel for plaintiff, appeared at the scheduled time; G. Anthony Long, counsel for defendants, failed to appear.[1]

---

1 Mr. Long appeared approximately thirty minutes late. He had attempted to contact the court by phone, but was unsuccessful in reaching Chambers. He was advised by the court that if he could contact Mr. Nutting, and Mr. Nutting agreed, the court would meet with them either at 11:15 a.m. or 2:00 p.m. today, and the court would reconsider the sanction. They were unable to return to the court.

Accordingly,

IT IS ORDERED that G. Anthony Long is sanctioned the sum of $100.00, representing one-half hour of Mr. Nutting's hourly billing rate. Said sum shall be paid to Mr. Nutting prior to Wednesday, January 30, 2008.

DATED this 22nd day of January, 2008.

_____
ALEX R. MUNSON
Judge