STEPHEN J. NUTTING, ESQ.
Post Office Box 5093
Saipan, MP 96950
Telephone:       (670) 234-6891
Facsimile:       (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU",<br><br>　　　　　Defendants. | CIVIL ACTION NO. 07-0016<br><br>NOTICE OF HEARING ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY<br><br>Date:　March 27, 2008<br>Time:　9:00 a.m.<br>Judge: Hon. Alex R. Munson |

　　　　　PLEASE TAKE NOTICE that plaintiff, by and through her undersigned counsel, has moved the Court for an order to compel defendants to provide complete responses to her First Set of Interrogatories and Request for Production of Documents, and that a hearing of plaintiff's motion to compel is scheduled to be heard on March 27, 2007 at 9:00 a.m. in the above-entitled court.

　　　　Dated this  25th  day of February, 2008.


　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　　　　STEPHEN J. NUTTING
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　CNMI Bar No. F0164