IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | |
| -vs- | ORDER GRANTING MOTION TO COMPEL DISCOVERY |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

THIS MATTER came on for hearing on plaintiff's motion to compel discovery on March 27, 2008. Present were the attorney for the plaintiff, Stephen J. Nutting, and the attorney for the defendants, Kelly Butcher. The Court was advised that since filing the motion to compel discovery, defendants had substantially complied with the discovery requests. Plaintiff has yet to receive copies of canceled checks made payable to the plaintiff, however, and counsel for the plaintiff advised the Court that she had only received what appeared to be carbon copies of original checks. Plaintiff therefore requested that an order issue directing the defendants to produce copies of actual canceled checks, or to submit a pleading stating that the checks previously provided in discovery were not cashed or negotiated by the bank upon which they were drawn.  IT IS SO ORDERED. Additionally, plaintiff is awarded $500 for attorneys fees and costs in bringing the motion to compel. Defendants shall have until April 18, 2008 at 3:30 pm to produce the requested documents or

1 | pleading, and to pay the attorneys fees awarded hereunder.

IT IS SO ORDERED this 27th day of March, 2008.

_____
ALEX R. MUNSON
Judge

2