# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-07-0016                                                          March 27, 2008
                                                                    9:10 a.m.


                    Guihua Bai -v- Gintian Corporation, et al

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Stephen Nutting, Attorney for Plaintiff
                Kelley Butcher, Attorney for Defendant


PROCEEDINGS:    MOTION TO COMPEL

   Plaintiff was represented by Attorney Stephen Nutting. Defendants were represented by Attorney Kelley Butcher.

   Attorney Nutting advised the Court that most of the discovery has now been provided. However, they are still missing copies of the cancelled checks.

   Further, Attorney Nutting suggested that the settlement conference be advanced prior to bringing the witnesses from China in order to possibly saving a great deal of money.

   Court ordered that the discovery be provided to the Plaintiff by April 18, 2008. Further, Court ordered that the parties get together and discuss a date for a settlement conference.

   Court granted the motion for Attorney Nutting's attorney fees as requested.


                                        Adjourned 9:15 a.m.


                                        /s/K. Lynn Lemieux, Courtroom Deputy