F I L E D
Clerk
District Court

MAR 2 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| GUIHUA BAI, | ) | Civil Action No. 07-0016 |
| | ) | |
| Plaintiff | ) | |
| | ) | NOTICE OF ORDER |
| v. | ) | GRANTING MOTION |
| | ) | TO COMPEL |
| GINTIAN CORPORATION, doing | ) | and |
| business as Light Massage; and, "MR. | ) | AWARDING ATTORNEY'S |
| ZHU, | ) | FEES TO PLAINTIFF'S |
| | ) | COUNSEL |
| Defendants | ) | |
| | ) | |

THIS MATTER came before the court on Thursday, March 27, 2008, for

hearing of plaintiff's motion to compel discovery. Plaintiff appeared by and through

counsel, Stephen J. Nutting; defendants appeared by and through one of their

attorneys, Kelley Butcher.

AO 72
(Rev. 08/82)

THE COURT, having considered the written and oral arguments of counsel, and having been informed by plaintiff that since the filing of the motion defendants have substantially complied with their discovery obligations, and finding that plaintiff's motion was well-taken; NOW, THEREFORE,

IT WAS ORDERED that defendants shall either produce copies of the actual canceled checks requested by plaintiff or submit a pleading under penalty of perjury that the carbon copies of the checks previously produced in discovery were never cashed or otherwise negotiated by the bank upon which they were drawn. The deadline for accomplishing these tasks is **3:30 p.m., Friday, April 18, 2008**.

IT WAS FURTHER ORDERED, based upon plaintiff's counsel's representation that he spent two hours preparing the motion to compel and appearing at the hearing, and that his regular billing rate is $250.00 per hour, that defendants' counsel shall pay to plaintiff's counsel, Stephen J. Nutting, the sum of $500.00 no later than **3:30 p.m., Friday, April 4, 2008**.

DATED this 28th day of March, 2008.

_____
ALEX R. MUNSON
Judge