STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:      (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI,<br><br>    Plaintiff,<br><br>    vs.<br><br>GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU",<br><br>    Defendants. | CIVIL ACTION NO. 07-0016<br><br>NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL |

COME NOW, the above named parties, by and through their undersigned counsel, to advise the Court that the parties have reached a full and final settlement of the claims raised in plaintiff's complaint and pursuant to that settlement, the parties have agreed that the matter be dismissed with prejudice. The parties further agree that notwithstanding the stipulated dismissal, the United States District Court will retain jurisdiction of this matter in order to enforce the Settlement Agreement and the Settlement Terms recited therein should such become necessary.

SO STIPULATED this 22<u>nd</u> day of May, 2008.

_____/S/_____
STEPHEN J. NUTTING (Bar No. F0164)
Attorney for Plaintiff Gui Hua Bai

_____/S/_____
G. Anthony Long (Bar No. F0164)
Attorney for Defendants