STEPHEN J. NUTTING, ESQ.
Law Office of Stephen J. Nutting
Post Office Box 5093
Saipan, MP 96950
Telephone:     (670) 234-6891
Facsimile:     (670) 234-6893

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

UPON THE STIPULATION OF THE PARTIES and with good cause appearing therefore, the above entitled matter is hereby DISMISSED with prejudice. The Court shall retain jurisdiction of this matter in order to enforce the terms of the Settlement Agreement reached between the parties should it become necessary.

SO ORDERED this _____ day of May, 2008.

_____
JUDGE ALEX R. MUNSON