```
                                                    F I L E D
                                                        Clerk
                                                   District Court

STEPHEN J. NUTTING, ESQ.                            MAY 2 3 2008
Law Office of Stephen J. Nutting
Post Office Box 5093                           For The Northern Mariana Islands
Saipan, MP 96950                               By_____
Telephone:    (670) 234-6891                           (Deputy Clerk)
Facsimile:    (670) 234-6893
```

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| GUIHUA BAI, | CIVIL ACTION NO. 07-0016 |
| Plaintiff, | |
| vs. | ORDER OF DISMISSAL |
| GINTIAN CORPORATION, dba "LIGHT MASSAGE, ZHONG LI and "Mr. ZHU": | |
| Defendants | |

UPON THE STIPULATION OF THE PARTIES and with good cause appearing therefore, the above entitled matter is hereby DISMISSED with prejudice. The Court shall retain jurisdiction of this matter in order to enforce the terms of the Settlement Agreement reached between the parties should it become necessary.

SO ORDERED this 23rd day of May, 2008.

_____
JUDGE ALEX R. MUNSON